UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RICKY H. KRANTZ      ]
    Petitioner,      ]
                     ]
v.                   ]      No. 3:05-0481
                     ]      JUDGE HAYNES
CHERRY LINDAMOOD, WARDEN ]
    Respondent.      ]

O R D E R

By an order (Docket Entry No.46) entered November 19, 2008, this Court vacated the Petitioner's aggravated assault conviction.

Since the entry of this order, Petitioner has filed a Motion (Docket Entry No.58) to expunge the vacated conviction from the records maintained by the Tennessee Department of Correction.

The respondent is directed to file a reply to the Petitioner's Motion within twenty one (21) days from the date of entry of this order on the docket.

It is so **ORDERED**.

**ENTERED** this the 15th day of August, 2011.

_____
WILLIAM J. HAYNES, JR.
United States District Judge