IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RICKY H. KRANTZ
  petitioner
    v.
CHERRY LINDAMOOD, WARDEN
  respondent.

NO. 3:05-00481

JUDGE HAYNES

RECEIVED
IN CLERK'S OFFICE

APR 19 2011

U.S. DISTRICT COURT
MID. DIST. TENN.

MOTION FOR EXPUNGEMENT OF CRIMINAL
OFFENDER RECORD

COMES NOW THE PETITIONER, RICKY H. KRANTZ, PRO SE, AS AN INDIGENT INCARCERATED LITIGANT, AND MOVES THIS HONORABLE COURT TO GRANT HIS MOTION FOR EXPUNGEMENT OF CRIMINAL OFFENDER RECORD IN THIS CAUSE PURSUANT TO TENNESSEE CODE ANNOTATED §40-32-101 ET. seq.

THE ABOVE STYLED CASE NO. 3:05-00481, WAS DISCOVERED BY THE PETITIONER AS NOT BEING REMOVED FROM HIS TOMIS OFFENDER SENTENCE LETTER.

THE VACATED AGGRAVATED ASSAULT CONVICTION WAS DISMISSED BY THE UNITED STATES DISTRICT COURT, HOWEVER THE CHARGE IS STILL SHOWING ACTIVE ON THE PETITIONERS TOMIS OFFENDER SENTENCE LETTER.

ATTACHED HERETO IS A COPY OF THE ORDER AND A COPY OF THE TOMIS OFFENDER SENTENCE LETTER.

RESPECTFULLY SUBMITTED ON THIS THE 18 DAY OF April 2011

by: RICKY H. KRANTZ

*/s/ Ricky Krantz*

ORDER
This motion is DENIED without prejudice as this remedy is a subject of state law.

*/s/ [Judge signature]*
9-6-11